Jeanette Lorraine **CLARK, Respondent,**

v.

**Ronald Gene CLARK, Appellant.**

**Nos. 55434, 55511.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 25, 1989.

Patricia A. Riehl, Hillsboro, for appellant.

Paul Roger Ellis, Jackson, for respondent.

## ORDER

PER CURIAM.

Appellant/father appeals the trial court's order modifying a dissolution decree pursuant to a motion by respondent/mother. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. An opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).